IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALBERT BELL,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>ROLLIN COOK et al.,<br><br>　　　　　　　　Respondents. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:15-CV-820-RJS<br><br>District Judge Robert J. Shelby |

　　　Petitioner, Albert Bell, filed a habeas-corpus petition.  He now moves to dismiss it. Federal Rule of Civil Procedure 41(a)(2) allows the Court to dismiss a case "at the [petitioner's] request."  The Court has carefully reviewed Petitioner's motion and other materials on the docket.

　　　Good cause appearing, IT IS HEREBY ORDERED that Petitioner's motion to dismiss his petition is GRANTED.  (*See* Docket Entry # 14.)

　　　This case is CLOSED.

　　　　　DATED this 24th day of October, 2016.

　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　United States District Court